IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL O'GRADY,

    Plaintiff,

v.

                                                    Case No. 19-cv-518-jdp

COLUMBIA COUNTY, CITY OF
PORTAGE, PORTAGE COMMUNITY
SCHOOLS, VERN GOVE, JOSEPH RUF,
SHAWN MURPHY, MATHEW
FOSTER, CHARLES POCHES, MARK
HAZELBAKER, ANYTIME FITNESS
CORP., ANDREW GUNDLACH, MARK
SMIT, BENJAMIN OETZMAN,
ALEXANDER AGNEW, DENNIS
RICHARDS, MAX JENATSCHECK, and
CHARLES CHURCH,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/12/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |